UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | LA CV16-00574 JAK (AGRx) | Date | February 10, 2016 |
|---|---|---|---|
| Title | Interinsurance Exchange of the Automobile Club v. Whirlpool Corporation, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER GRANTING DEFENDANT WHIRLPOOL CORPORATION'S REQUEST FOR REMAND TO STATE COURT FOR FAILURE TO PERFECT REMOVAL (DKT. 9)   JS-6

On January 26, 2016, Defendant Whirlpool Corporation ("Whirlpool") removed this case from the Santa Barbara Superior Court. Dkt. 1. Whirlpool filed a Notice and Request to remand this case based on Defendant Exel Direct, Inc.'s objection to the removal. Dkt. 9. In light of the foregoing, the Court GRANTS the Request and orders the case remanded to the Santa Barbara Superior Court, Case No. 15CV04279.

**IT IS SO ORDERED.**

:

Initials of Preparer    ak